UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 15-20299-CR-COOKE/TORRES

IN RE: SEALED INDICTMENT
_____/

FILED by ____ D.C.
APR 24 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the attached indictment, arrest warrant, and any resulting orders be SEALED until the arrest of the defendant or further order of this court, for the reason that the named defendant might flee, the integrity of the ongoing investigation might be compromised, and the safety of certain witnesses could be compromised should knowledge of this indictment become public. The undersigned respectfully requests that notwithstanding the sealing of the above referenced documents, the United States be permitted to provide copies of the arrest warrant to any domestic and/or foreign law enforcement agency assisting with the apprehension of the defendant, who are named in the indictment.

Respectfully submitted,
WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: _____
RICHARD D. GREGORIE
Assistant United States Attorney
Florida Bar No. 549495
99 Northeast 4th Street
Miami, Florida 33132-2111
Office: (305) 961-9148
Fax: (305) 536-7213
Dick.Gregorie@usdoj.gov