# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

FILED
May 3, 2018
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIAMI

May 03, 2018

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 18-10774-JJ
Case Style: USA v. Pedro Olivares
District Court Docket No: 1:15-cr-20299-MGC-1

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Tiffany A. Tucker, JJ/bmc
Phone #: (404)335-6193

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 18-10774-JJ

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PEDRO LUIS MARTIN OLIVARES,

Defendant-Appellant.

Appeal from the United States District Court
for the Southern District of Florida

Before: JULIE CARNES, JILL PRYOR and NEWSOM, Circuit Judges.

BY THE COURT:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Appellant Pedro Luis Martin Olivares appeals from the district court's order denying his motion to dismiss the indictment on speedy trial grounds. This order is not appealable as a final decision because the district court has not yet entered a final order in the form of a sentence and corresponding judgment. *See* 28 U.S.C. § 1291; *Flanagan v. United States*, 465 U.S. 259, 263-66 (1984). In addition, the order does not qualify as immediately appealable under the stringent collateral order doctrine. *See United States v. MacDonald*, 435 U.S. 850, 857 & n.6 (1978) (concluding that the denial of a motion to dismiss an indictment on speedy trial grounds, whatever its factual basis, is not immediately appealable under the collateral order doctrine).

Any pending motions are DENIED as moot. No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir. R. 27-2 and all other applicable rules.